EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2003

at 2 o'clock and 56 min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00047 DAE |
| Plaintiff, | ) | |
| vs. | ) | INDICTMENT |
| JOSEPH PENEUETA, | ) | [21 U.S.C. § 841] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 23, 2002, in the District of Hawaii, JOSEPH PENEUETA knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," to wit, approximately

.171 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

COUNT 2

The Grand Jury further charges:

On or about May 1, 2002, in the District of Hawaii, JOSEPH PENEUETA knowingly and intentionally distributed a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," to wit, approximately .122 grams of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

DATED: 1/30, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney