AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA                             WARRANT FOR ARREST

V.                                      Case Number: CR 03-00047DAE-01

JOSEPH PENEUETA

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOSEPH PENEUETA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOPT BE REVOKED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | JANUARY 24, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: David Alan Ezra, United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI |||
| Date Received 1-24-07 | NAME AND TITLE OF ARRESTING OFFICER Russ Nakasato | SIGNATURE OF ARRESTING OFFICER [signature] |
| Date of Arrest 1-25-07 | DUSM | |

Stamps: ORIGINAL; RECEIVED 2007 JAN 24 PM 2:59 U.S. MARSHALS SERVICE HONOLULU, HI; FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JAN 26 2007 at __ o'clock and __ min. __ M SUE BEITIA, CLERK