# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/29/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 03-00047DAE

CASE NAME:          USA v. Joseph M. Peneueta

ATTYS FOR PLA:      Ronald Johnson for Loretta Sheehan

ATTYS FOR DEFT:     Lane Y. Takahashi

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/29/2007 | TIME: | 10:36 - 10:38 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody.  Defendant admits to violating terms of supervised release.

Further hearing set for 2/1/07 @ 11 a.m., DAE.
Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager