# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00047DAE

CASE NAME:        USA v. Joseph M. Peneueta

ATTYS FOR PLA:    Loretta Sheehan

ATTYS FOR DEFT:   Lane Takahashi

USPO:             Carter Lee

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/1/2007 | TIME: | 11:00am-11:25am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to violations 1, 3, and 4.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   18 MONTHS

Supervised Release:   NONE IMPOSED

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager